# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIANNE DUPRE** | * | CIVIL ACTION NO.:  2:22-cv-04136 |
| | * | |
| **VERSUS** | * | JUDGE: SARAH S. VANCE |
| | * | |
| **GEOVERA SPECIALTY** | * | MAGISTRATE JUDGE: |
| **INSURANCE COMPANY** | * | JANIS VAN MEERVELD |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that the above numbered and entitled cause be and the same is hereby dismissed, with full prejudice, each party to bear its own costs of court.

New Orleans, Louisiana, this   17th   day of   September  , 2024.

_____
**JUDGE SARAH S. VANCE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**